IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS

IN RE: JAMES CARVILL                             Case No.: 4:15-bk-15435
     Debtor                                           Chapter 7

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

Comes now Rainwater, Holt & Sexton, P.A., attorney's for the Debtor, JAMES CARVILL, and for their Motion to Withdraw As Attorney of Record, state:

1. That on or about October 28, 2015, the Movants assisted the debtor in filing for relief under Chapter 7 of title 11.

2. That debtor has since that time failed to provide documents requested and required by the Trustee.

3. That Movants can no longer continue to represent the Debtor as there has no longer active communication between the parties and Movants can no longer proceed forward under the professional conduct rule 3.3.

4. That there are no unearned fees to be returned.

5. That movant stands ready to make a full copy of the debtor's file available upon request.

WHEREFORE, the Movants pray that this Court will enter it's Order Authorizing Counsel to withdraw as attorney of record.

RESPECTFULLY SUBMITTED,

/s/ April N. Kersten
April N. Kersten
Ark. Bar #2008129
Rainwater, Holt & Sexton, P.A.
P.O. Box 17250
Little Rock, AR 72222

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

James Carvill
36 Knobhill Cove
Little Rock, AR 72205

Randy Rice
Chapter 7 trustee
523 S. Louisiana, Suite 300
Little Rock, AR 72201

                                                       */s/ April N. Kersten*
                                                       April N. Kersten